STEVEN G. KALAR
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Joyce_Leavitt@fd.org

Counsel for Defendant AUGUSTINE-MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19–078 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA TO JUNE 7, 2019** |
| v. | |
| LUIS AUGUSTINE-MUNOZ, | **Court:** Courtroom 6, 2nd Floor |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action that the change of plea date for Luis Augustine–Munoz scheduled for Friday, May 10, 2019 at 9:30 a.m. before Honorable Jon S. Tigar, be continued to Friday, June 7, 2019 at 9:30 a.m. for change of plea. The reason for the continuance is that the parties need additional time to finalize the terms of the plea agreement and get all the approvals as well as time for defense counsel to then review the agreement with Mr. Augustine-Munoz once it has been approved. The next available date for all parties and the Court is Friday, June 7, 2019. The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until June 7, 2019 should be excluded, under 18 U.S.C.

§3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

IT IS SO STIPULATED.

Dated: May 8, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: May 8, 2019

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S/
JONATHAN U. LEE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS AUGUSTINE-MUNOZ,<br><br>Defendant. | **Case No.:** CR 19–078 JST<br><br>[PROPOSED] **ORDER TO CONTINUE CHANGE OF PLEA TO JUNE 7, 2019**<br><br>**Court:** Courtroom 6, 2nd Floor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date for Defendant Luis Augustine-Munoz scheduled for Friday, May 10, 2019 at 9:30 a.m. before Honorable Jon S. Tigar, is hereby continued to Friday, June 7, 2019 at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED that the time between May 10, 2019, and June 7, 2019, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The time is needed to allow the parties to finalize the plea agreement and for defense counsel to meet with Mr. Augustine-Munoz and review the final agreement once it has been approved, and to answer all his questions regarding the agreement prior to the change of plea.

**IT IS SO ORDERED.**

Dated: **May 8, 2019**

_____
HON. JON S. TIGAR
United States District Judge