STEVEN G. KALAR
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:         Joyce_Leavitt@fd.org


Counsel for Defendant AUGUSTINE-MUNOZ


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19–078 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA TO JUNE 14, 2019** |
| v. | |
| LUIS AUGUSTINE-MUNOZ, | **Court:**          Courtroom 6, 2nd Floor |
| Defendant. | |


IT IS HEREBY STIPULATED, by and between the parties to this action that the change of

plea date for Luis Augustine–Munoz scheduled for Friday, June 7, 2019 at 9:30 a.m. before

Honorable Jon S. Tigar, be continued to Friday, June 14, 2019 at 9:30 a.m. for change of plea. The

reason for the continuance is that defense counsel is unavailable on June 7, 2019. The additional time

will also enable the parties to finalize the plea agreement. The continuance is sought under the

Speedy Trial Act. The parties agree and stipulate that the time until June 14, 2019 should be

excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for continuity of counsel and effective

preparation of counsel because the ends of justice served by the granting of the continuance outweigh

the best interests of the public and the defendant in a speedy and public trial for the reasons described above.

IT IS SO STIPULATED.

Dated: May 30, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S/_____
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: May 30, 2019

DAVID L. ANDERSON
United States Attorney
Northern District of California

_____/S/_____
JONATHAN U. LEE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>LUIS AUGUSTINE-MUNOZ,<br><br>        Defendant. | **Case No.:** CR 19–078 JST<br><br>**[PROPOSED] ORDER TO CONTINUE<br>CHANGE OF PLEA TO JUNE 14, 2019**<br><br>**Court:**      Courtroom 6, 2nd Floor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date for Defendant Luis Augustine-Munoz scheduled for Friday, June 7, 2019 at 9:30 a.m. before Honorable Jon S. Tigar, is hereby continued to Friday, June 14, 2019 at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED that the time between until June 14, 2019, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for continuity of counsel and effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The time is needed to allow defense counsel to be present at the change of plea and so that the parties can finalize the plea agreement.

**IT IS SO ORDERED.**

Dated: <u>May 31, 2019</u>

_____
HON. JON S. TIGAR
United States District Judge